UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 09-10183-GAO

UNITED STATES OF AMERICA

v.

JUSTIN GREEN,
Defendant.

ORDER
January 8, 2010

O'TOOLE, D.J.

The defendant, Justin Green, is charged with conspiracy to possess with intent to distribute and to distribute oxycodone in violation of 21 U.S.C. §§ 841 and 846. After his arrest, a detention hearing was held on November 6, 2009, and Magistrate Judge Barry S. Seltzer of the United States District Court for the Southern District of Florida ordered the defendant detained. The defendant now moves for review of the detention order, seeking to have it revoked or amended.

The defendant has been indicted for and charged with an offense for which a maximum term of imprisonment of ten or more years is prescribed in the Controlled Substances Act, and thus a statutory presumption in favor of detention arises under 18 U.S.C. § 3142(e). The defendant offers no evidence to overcome the presumption. Even if the defendant had produced some evidence to rebut it, the presumption retains evidentiary weight and, considering it along with other factors detailed in 18 U.S.C. § 3142(g), I would still find that the government has met its burden of persuasion in this case.

First, I am persuaded by the evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance when required. <u>See</u> 18 U.S.C. § 3142(e). He faces a substantial term of imprisonment if convicted. He owns no real estate and demonstrates no ties to the community, such as local family, employment, or a residence. Further, he did not surrender when he was on notice that there was a warrant for his arrest, could not be located by law enforcement for several months, and attempted to flee when ultimately confronted by police.

Second, I find that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community. <u>See</u> 18 U.S.C. § 3142(e). The defendant is the alleged supplier of large quantities of oxycodone pills intended to be distributed in Massachusetts. Additionally, the defendant was convicted of trafficking in another controlled substance, MDMA, seven years ago, further suggesting that releasing the defendant would pose a serious risk to the community.

For the foregoing reasons, the defendant's Motion for Review or Revocation of Order of Detention (dkt. no. 78) is DENIED.

It is SO ORDERED.

<u>    /s/ George A. O'Toole, Jr.</u>
United States District Judge